David Abrams, Attorney at Law (DA-8126)
299 Broadway, Suite 1700
New York, New York 10007
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
Southern District of New York

_____
                                    )
Onel Desorme,                       )
                                    )
                Plaintiff,          )
                                    )
        - against -                 )   No. 11 cv 6151 (JPO)
                                    )
Mother's Messenger Service of       )   NOTICE OF MOTION
NYC, Ltd.,                          )
                                    )
                Defendant.          )
_____)

**PLEASE TAKE NOTICE** that upon the within Memorandum of Law in Support of Motion for Class Notification (with attachments); and all prior pleadings and proceedings heretofore in this matter, the Plaintiff will move this Court in before the Honorable J. Paul Oetkin, United States District Court, 500 Pearl Street, New York, New York, 10007, at a time and date to be set by the Court, for an order permitting Class Notification and granting such other and further relief as the Court deems just.

Dated: December 5, 2011         /s/ David Abrams

                                _____

                                David Abrams, Attorney at Law
                                 Attorney for Plaintiff
                                299 Broadway Suite 1700
                                New York, NY 10007
                                Tel. 212-897-5821
                                dnabrams@gmail.com