United States District Court
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 23 DEC 2011
```

Onel Desorme,

        Plaintiff,

    - against -           Case No. 11 cv 6151 (JPO)

Mother's Messenger Service of
NYC, Ltd.,

        Defendant.

## STIPULATION

It is hereby STIPULATED AND AGREED by and between the parties that the Amended Complaint in this matter be and hereby is deemed corrected as set forth in the attached; and it is further

STIPULATED AND AGREED that Defendant's Answer to the Amended Complaint in this matter shall be deemed to be the Answer to the corrected pleading attached hereto.

_____
Bruce Levinson, Esq.
Law Office of Bruce Levinson
Attorney for Defendant
747 Third Avenue, 4th Floor
New York, NY 10017

_____
David Abrams (DA-8126)
Attorney for Plaintiff
299 Broadway, Suite 1700
New York, NY 10007
Tel. 212-897-5821

Dated:    New York, NY
           December 19, 2011

SO ORDERED:

12/21/11    _____
                      U.S.D.J.